# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **EARL L. BROWNE, JR,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **Civil Action No.:** |
| v. ) | **2:15-cv-00127-AKK** |
| ) | |
| **CAVALRY PORTFOLIO** ) | |
| **SERVICES, LLC, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## NOTICE OF SETTLEMENT

**COMES NOW** Plaintiff, Earl L. Browne, Jr., ("Plaintiff"), by and through undersigned counsel, and hereby informs the Court that a settlement of the present matter has been reached as to all claims of Plaintiff against Defendants Cavalry Portfolio Services, LLC and Cavalry SPV I, LLC.

As a result of the settlement, Plaintiff requests that this Honorable Court vacate all dates currently set on the calendar for this matter and give the parties 30 days to file the necessary dismissal papers.

Respectfully submitted this 12th day of February, 2015.

Respectfully Submitted,

/s/ John G. Watts
**John G. Watts (ASB-5819-t82j)**
**M. Stan Herring (ASB-1074-n72m)**
Watts & Herring, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
(205) 879-2447
(888) 522-7167 *facsimile*
john@wattsherring.com
stan@wattsherring.com

**Attorneys for Plaintiff**


cc:  Penny Shemtob (pshemtob@cavps.com)