# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **EARL L. BROWNE, JR.,**<br><br>　**Plaintiff,**<br><br>**vs.**<br><br>**CAVALRY PORTFOLIO SERVICES, LLC., et al.,**<br><br>　**Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action Number<br>) 2:15-cv-00127-AKK |

## ORDER

The court **GRANTS** Plaintiff's motion to dismiss this case with prejudice, doc. 7, and **DISMISSES** this case with prejudice. Costs are taxed as paid.

**DONE** the 31st day of March, 2015.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE